UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DUVALL,<br><br>        Plaintiff,<br><br>    v.<br><br>HAIER US APPLIANCE SOLUTIONS,<br>INC.,<br><br>        Defendant. | Case No.  25-cv-02794-JSC<br><br>**PRETRIAL ORDER NO. 1: INITIAL<br>CASE SCHEDULE** |

Following the initial case management conference held on May 6, 2026, the Court ORDERS the following case deadlines:

- Last day to move or stipulate to amend:          May 28, 2026
- Close of fact discovery:          February 26, 2027
- Expert disclosures (liability only):          March 12, 2027
- Rebuttal expert disclosures (liability only):          April 22, 2027
- Close of expert (liability only) discovery:          May 21, 2027
- Dispositive motion filing:          June 4, 2027
- Dispositive motion opposition:          July 2, 2027
- Dispositive motion reply:          July 23, 2027
- Dispositive motion hearing:          August 12, 2027
- Class certification motion:          60 days after dispositive motion ruling

The Court sets a further case management conference for September 9, 2026 at 2:00 p.m. via Zoom video. An updated statement is due one week in advance.

**IT IS SO ORDERED.**

Dated: May 6, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge