MIGLIACCIO & RATHOD LLP
Matthew A. Smith (SBN 309392)
315 Montgomery Street, Suite 900
San Francisco, CA 94104
msmith@classlawdc.com
Telephone: (202) 470-3520
Facsimile: (202) 800-2730

Jason S. Rathod (*pro hac vice)*
Bruno Ortega-Toledo (*pro hac vice*)
412 H St. NE, Suite 302
Washington, D.C. 20002
Telephone: (202) 470-3520
Facsimile: (202) 800-2730
msmith@classlawdc.com
jrathod@classlawdc.com

LAW OFFICES OF ROBERT MACKEY
Robert Mackey
16320 Murphy Road
Sonora, CA 95370
Telephone: (412) 370-9110
bobmackeyesq@aol.com

*Attorneys for Plaintiff and the Proposed Class*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK DUVALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HAIER US APPLIANCE SOLUTIONS, INC. D/B/A GE APPLIANCES,<br><br>Defendant. | CASE NO.: 3:25-CV-02794-JSC<br><br>Assigned to: Hon. Jacqueline Scott Corley<br><br>**STIPULATION RE: FILING OF THE FOURTH AMENDED CLASS ACTION COMPLAINT AND GE APPLIANCES' RESPONSE**<br><br>[Proposed Order filed concurrently] |

Pursuant to Northern District of California Civil Local Rules 7-12 and 10-1, Section E of this Court's Civil Standing Order, and Federal Rule of Civil Procedure 15(a)(2), Plaintiff Mark Duvall, on the

one hand, and Defendant Haier US Appliance Solutions, Inc. d/b/a GE Appliances ("GE Appliances"), on the other, stipulate and agree to the filing of the Fourth Amended Class Action Complaint ("4AC") and the deadline for GE Appliances' response, as follows:

WHEREAS, on April 21, 2026, the Court approved the parties' stipulation to extend GE Appliance's deadline to respond to the Third Amended Complaint (Dkt. 45) ("TAC") pending GE Appliances' opportunity to review and consider whether to consent to the Fourth Amended Class Action Complaint ("4AC") under Federal Rule of Civil Procedure 15(a)(2) (*see* Dkt. 61);

WHEREAS, on April 20, 2026, Plaintiff's counsel transmitted to GE Appliances' counsel a draft 4AC for review and consideration;

WHEREAS, on April 23, 2026, GE Appliances' counsel advised that GE Appliances will consent to the amendment on the condition that there shall be no further amendments absent good cause, and Plaintiff's counsel agreed;

WHEREAS, on May 4, 2026, Plaintiff's counsel transmitted to GE Appliances' counsel an updated draft 4AC with further revisions, and the parties subsequently confirmed GE Appliances' consent to the updated pleading subject to the same condition stated above;

WHEREAS, the parties also have conferred regarding GE Appliances' deadline to respond to the 4AC and agreed that GE Appliances shall have until May 29, 2026, to respond;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and GE Appliances that:

(1) On the conditions described above, GE Appliances consents to Plaintiff filing the Fourth Amended Class Action Complaint and Exhibits thereto, a copy of which is attached hereto as Exhibit 1, and a redline of which against the Third Amended Complaint is attached hereto as Exhibit 2.

(2) The Fourth Amended Class Action Complaint is deemed filed as of the date of filing of this stipulation.

(3) GE Appliances' deadline to answer the Fourth Amended Class Action Complaint is May 29, 2026.

(4) All parties reserve all rights, claims and defenses not inconsistent with this stipulation.

IT IS SO STIPULATED.

DATED: May 8, 2026                    MIGLIACCIO & RATHOD LLP

                                      By: /s/Mattthew A. Smith
                                          Matthew A. Smith (SBN 309392)

                                      *Attorneys for Plaintiff and the Proposed Class*

DATED: May 8, 2026                    GREENBERG TRAURIG, LLP

                                      By: /s/ Michael E. McCarthy
                                          Michael E. McCarthy (SBN 301010)
                                          *MccarthyME@gtlaw.com*
                                          Robert J. Herrington (SBN 234417)
                                          *Robert.Herrington@gtlaw.com*
                                          Emerson B. Luke (SBN 307963)
                                          *LukeE@gtlaw.com*
                                          GREENBERG TRAURIG, LLP
                                          1840 Century Park East, 19th Floor
                                          Los Angeles, CA 90067-2121
                                          Tel: 310-586-7700; Fax: 310-586-7800

                                          Attorneys for Defendant
                                          HAIER US APPLIANCE SOLUTIONS, INC.
                                          d/b/a/ GE APPLIANCES

### ATTESTATION

I, Matthew A. Smith, am the CM/ECF user whose ID and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE: FILING OF THE FOURTH AMENDED CLASS ACTION COMPLAINT AND GE APPLIANCES' RESPONSE. Pursuant to Northern District of California Civil Local Rule 5-1(i)(3), I attest that all other counsel on whose behalf this filing is jointly submitted have approved of and concurred in this filing.

DATED: May 8, 2026                    By: /s/ Matthew A. Smith
                                          Matthew A. Smith

Case No. 3:25-CV-02794-JSC
STIPULATION RE: FILING OF THE FOURTH AMENDED CLASS ACTION COMPLAINT